**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

In the matter of Case Transfers to
**District Judge David S. Leibowitz**

1. *United States, et al. v. Vascular and Interventional Specialists, LLC, et al.*, 20-cv-22046.

2. *AVR Group LLC, et al. v. Alebrije Entertainment LLC, et al.*, 24-cv-20755.

## ORDER OF REASSIGNMENT

The above-styled cases have been selected for reassignment from the undersigned District Judge to the newly appointed **District Judge David S. Leibowitz**.

Pursuant to Internal Operating Procedure 2.05.03 – 2.05.04 of the United States District Court for the Southern District of Florida, it is **ORDERED AND ADJUDGED** that the above-styled actions are **REASSIGNED** to the calendar of the Honorable David S. Leibowitz. All currently pending hearings set before the undersigned Judge are **TERMINATED** and are to be rescheduled by Judge David S. Leibowitz. All deadlines shall **REMAIN IN EFFECT** unless altered by Judge David S. Leibowitz. All papers filed after this date shall bear the assigned case number followed by the initials DSL, indicating the Judge to whom all pleadings should be routed.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this 2nd day of April, 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE